IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **THE COUNTY OF JEFFERSON, MISSOURI**<br>  % Ms. Beth Mahn, Collector<br>  Jefferson County Administration<br>  Center<br>  729 Maple Street<br>  Hillsboro, MO 63050<br><br>                    **Plaintiff,**<br><br>v.<br><br>**TYLER TECHNOLOGIES, INC.**<br>Serve: Registered Agent<br>       Capital Corporate Services, Inc.<br>       2 22 E. Dunklin, Suite 102<br>       Jefferson City, MO 65101<br><br>                    **Defendant.** | **Case No.  09-554**<br><br>**Jury Trial Demanded** |

## NOTICE TO PLAINTIFF OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on April 10, 2009, Defendant Tyler Technologies, Inc. ("Defendant"), by and through its undersigned counsel, removed this action to the United States District Court for the Eastern District of Missouri, Eastern Division, pursuant to the provisions of 28 U.S.C. § 1441 *et seq*.  Accordingly, as provided in 28 U.S.C. § 1446(d), the 23rd Judicial Circuit of Missouri at Hillsboro, Jefferson County, Missouri, may proceed no further unless and until the case is remanded by the United States District Court for the Eastern District of Missouri, Eastern Division.

A copy of Defendant's Notice of Removal has been served upon all counsel of record concurrently herewith.

Respectfully Submitted,

/s/ B. Matthew Struble
Steven E. Garlock
E.D. Missouri Bar No. 3184
B. Matthew Struble
E.D. Missouri Bar No. 498813
**Thomspon Coburn LLP**
One US Bank Plaza
St. Louis, Missouri  63101
P: (314) 552-6000
F: (314) 552-7000
sgarlock@thompsoncoburn.com
mstruble@thompsoncoburn.com

Of Counsel:

Craig W. Budner
Texas State Bar No. 03313730
Andrew B. Russell
Texas State Bar No. 24034661
Courtney Barksdale Perez
Texas State Bar No. 24061135
**K&L Gates LLP**
1717 Main Street
Suite 2800
Dallas, Texas 75201
P:(214) 939-5848
F:(214) 939-5849
craig.budner@klgates.com
andrew.russell@klgates.com
courtney.perez@klgates.com

**ATTORNEYS FOR DEFENDANT TYLER TECHNOLOGIES, INC.**

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 10th day of April, 2009, a true and correct copy of the foregoing document was served upon the following counsel of record via electronic means and United States mail.

Dana Hockensmith
Attorney for Plaintiff
12801 Flushing Meadow Drive
Saint Louis, Missouri 63131
(314) 956-6653 (Fax)
Hockensmith@htmhlaw.com
**ATTORNEY FOR PLAINTIFF**

                                              /s/ B. Matthew Struble
                                              B. Matthew Struble