# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

The County of Jefferson, Missouri    )
                                     )
                                     )
                         Plaintiff(s),    )
                                     )    Case No. 09-554
                         vs.         )
Tyler Technologies, Inc.             )
                                     )
                         Defendant(s).    )

## DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE

Pursuant to Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, Counsel of record for Tyler Technologies, Inc.   hereby gives notice the following corporate interests are disclosed:

1. The parent companies of the corporation:
   None.

2. Subsidiaries not wholly owned by the corporation:
   None.

3. Any publicly held company that owns ten percent (10%) or more of the corporation:
   None.

/s/ B. Matthew Struble
Signature (Counsel for Plaintiff/Defendant)
Print Name: B. Matthew Struble
Address: One U.S. Bank Plaza

City/State/Zip: St. Louis, MO 63101
Phone: (314) 552-6000

I hereby certify a true copy of the foregoing Disclosure of Corporate Interest Certificate was serve (by mail, ~~by hand delivery or~~ by electronic notice) on all parties this 10 Day of April      , 20 09 .