IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE COUNTY OF JEFFERSON, MISSOURI<br>% Ms. Beth Mahn, Collector<br>Jefferson County Administration Center<br>729 Maple Street<br>Hillsboro, MO 63050<br><br>     Plaintiff,<br><br>v.<br><br>TYLER TECHNOLOGIES, INC.<br>Serve: Registered Agent<br>  Capital Corporate Services, Inc.<br>  222 E. Dunklin, Suite 102<br>  Jefferson City, MO 65101<br><br>     Defendant. | Case No.  09-554<br><br>**Jury Trial Demanded** |

## DEFENDANT'S ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES

Defendant Tyler Technologies, Inc. ("Defendant" or "Tyler") files this Original Answer and Affirmative Defenses to Plaintiff's Petition for Breach of Contract (the "Petition") originally filed in Circuit Court of the 23rd Judicial Circuit of Missouri at Hillsboro, Jefferson County, Missouri, and states as follows:

### I.  ADMISSIONS & DENIALS

1. Tyler admits the allegations contained in paragraph 1.

2. Tyler admits that it is a corporation formed under the laws of the State of Delaware and is authorized to do business in the State of Missouri. Tyler denies that its principle place of business is located at 3199 Klepinger Road, Dayton, OH 45406.

3. Tyler admits that Plaintiff developed a Request for Proposal for a new computerized Property Tax System. As to the remainder of the allegations contained in paragraph 3 of the Petition, Tyler is without knowledge or information sufficient to form a belief as to the truth or falsity of those allegations, and therefore such allegations are denied.

4. Tyler admits that on January 31, 2006, Plaintiff and Tyler executed an "Agreement for Software and Professional Services Between Tyler Technologies, Inc./CLT Division and Jefferson County, Missouri" and that such agreement is attached to Plaintiff's Petition as Exhibit "1." Tyler further admits that that agreement incorporated the Software License/Sublicense Agreement, which is attached to Plaintiff's Petition as Exhibit "2." Tyler further admits that the Agreement was amended by "Amendment 1 To the Agreement for Software Licenses Between Tyler Technologies, Inc./CLT Divison and Jefferson County, Missouri," which is attached to Plaintiff's Petition as Exhibit "3." Tyler further admits that an "Amendment 3 To The Agreement For Software And Professional Services Between Tyler Technologies, Inc./CLT Divison and Jefferson County, Missouri," was executed by Plaintiff and Tyler, and is attached to Plaintiff's Petition as Exhibit "4." These Agreements and Amendments are collectively referred to herein as the "Agreement."

5. Tyler states that the Agreement attached as "Exhibit 1" to the Petition speaks for itself and denies the remainder of the allegations in paragraph 5 of the Petition.

6. Tyler states that the Agreement attached as "Exhibit 1" to Plaintiff's Petition speaks for itself and denies the remainder of the allegations in paragraph 6 of the Petition.

7. Tyler admits that Plaintiff has paid to Defendant a total amount of One Million, One Hundred Twenty-four Thousand, One Hundred and Thirty-five Dollars ($1,124,135)

pursuant to the Agreement, but denies the remainder of the allegations contained in paragraph 7 of the Petition.

8. Tyler denies the allegations contained in paragraphs 8 (a), (b), (c), (d), (e) and (f) of the Petition.

9. Tyler denies the allegations contained in paragraph 9 of the Petition.

10. Tyler denies the allegations contained in paragraph 10 of the Petition.

11. Tyler denies the allegations contained in paragraph 11 of the Petition.

12. Tyler admits the allegations contained in paragraph 12 of the Petition.

13. Tyler denies that Plaintiff is entitled to the relief sought in paragraph 13 of the Petition.

14. Tyler denies the allegations with respect to jurisdiction and venue contained in paragraph 14 of the Petition.

## II. AFFIRMATIVE DEFENSES

15. Tyler asserts as an affirmative defense that Plaintiff's Petition for Breach of Contract fails, in whole or in part, to state a claim for which relief can be granted.

16. Tyler affirmatively pleads that Plaintiff's claims are barred, in whole or in part, by the doctrines of waiver, estoppel, laches, justification, ratification, and/or unclean hands.

17. Tyler affirmatively pleads that an accord and satisfaction occurred on the Agreement.

18. Tyler affirmatively pleads that Plaintiff is estopped from suing on the Agreement.

19. Tyler affirmatively pleads that Plaintiff's claims for damages are barred because Plaintiff has a duty to take reasonable steps to mitigate any damages, and upon information and belief, Plaintiff has failed to do so.

20. Tyler affirmatively pleads that Plaintiff's claim for breach of contract is barred because Tyler's obligations under the Agreement were excused by Plaintiff's prior material breaches.

21. Tyler reserves the right to assert additional affirmative defenses as established by the facts of the case based upon information obtained during discovery of this action.

### III.  PRAYER

WHEREFORE, Defendant Tyler Technologies, Inc. prays that the Court enter judgment that Plaintiff take nothing by this suit, that this suit be dismissed with prejudice, and that Tyler be awarded costs, and all further relief to which Tyler may be entitled in law or in equity.

Respectfully Submitted,

/s/ B. Matthew Struble
Steven E. Garlock
E.D. Missouri Bar No. 3184
B. Matthew Struble
E.D. Missouri Bar No. 498813
**Thomspon Coburn LLP**
One US Bank Plaza
St. Louis, Missouri  63101
P: (314) 552-6000
F: (314) 552-7000
sgarlock@thompsoncoburn.com
mstruble@thompsoncoburn.com

Of Counsel:

Craig W. Budner
Texas State Bar No. 03313730
Andrew B. Russell
Texas State Bar No. 24034661
Courtney Barksdale Perez
Texas State Bar No. 24061135
**K&L Gates LLP**
1717 Main Street
Suite 2800
Dallas, Texas 75201

P:(214) 939-5848
F:(214) 939-5849
craig.budner@klgates.com
andrew.russell@klgates.com
courtney.perez@klgates.com

**ATTORNEYS FOR DEFENDANT TYLER TECHNOLOGIES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 10th day of April, 2009, a true and correct copy of the foregoing document was served upon the following counsel of record via electronic means and United States mail.

Dana Hockensmith
Hockensmith Tatlow McKinnis Hammill, P.C.
12801 Flushing Meadow Drive
Saint Louis, Missouri 63131
(314) 956-6653 (Fax)
Hockensmith@htmhlaw.com
**ATTORNEY FOR PLAINTIFF**

/s/ B. Matthew Struble
B. Matthew Struble