IN THE CIRCUIT COURT OF JEFFERSON COUNTY
STATE OF MISSOURI

FILED
APR 1 3 2009
HOWARD WAGNER
CIRCUIT CLERK

| | |
|---|---|
| THE COUNTY OF JEFFERSON, MISSOURI<br>℅ Ms. Beth Mahn, Collector<br>Jefferson County Administration Center<br>729 Maple Street<br>Hillsboro, MO 63050<br><br>        Plaintiff,<br><br>v.<br><br>TYLER TECHNOLOGIES, INC.<br>Serve: Registered Agent<br>      Capital Corporate Services, Inc.<br>      222 E. Dunklin, Suite 102<br>      Jefferson City, MO 65101<br><br>        Defendant. | Case No. 09JE-CC00375<br><br>**Jury Trial Demanded** |

## NOTICE TO STATE COURT OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on April 10, 2009, Defendant Tyler Technologies, Inc. ("Tyler" or "Defendant"), by and through its undersigned counsel, removed this action to the United States District Court for the Eastern District of Missouri, Eastern Division, pursuant to the provisions of 28 U.S.C. § 1441 *et seq.* Accordingly, as provided in 28 U.S.C. § 1446(d), the 23rd Judicial Circuit of Missouri at Hillsboro, Jefferson County, Missouri, may proceed no further unless and until the case is remanded by the United States District Court for the Eastern District of Missouri, Eastern Division.

A copy of Defendant's Notice of Removal is attached hereto as **Exhibit A** and has been served on all counsel of record.

DA-3013495 v1

Respectfully Submitted,

_____
Steven E. Garlock
Missouri Bar No. 38346
B. Matthew Struble
Missouri Bar No. 53024
**Thomspon Coburn LLP**
One US Bank Plaza
St. Louis, Missouri 63101
P: (314) 552-6000
F: (314) 552-7425
sgarlock@thompsoncoburn.com
mstruble@thompsoncoburn.com

Of Counsel:

Craig W. Budner
Texas State Bar No. 03313730
Andrew B. Russell
Texas State Bar No. 24034661
Courtney Barksdale Perez
Texas State Bar No. 24061135
**K&L Gates LLP**
1717 Main Street
Suite 2800
Dallas, Texas 75201
P:(214) 939-5848
F:(214) 939-5849
craig.budner@klgates.com
andrew.russell@klgates.com
courtney.perez@klgates.com

**ATTORNEYS FOR DEFENDANT TYLER TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of April, 2009, a true and correct copy of the foregoing document was served upon the following counsel of record via electronic means and United States mail.

Dana Hockensmith
Hockensmith Tatlow McKinnis Hammill, P.C.
12801 Flushing Meadow Drive
Saint Louis, Missouri 63131
(314) 956-6653 (Fax)
Hockensmith@htmhlaw.com
**ATTORNEY FOR PLAINTIFF**

_____
B. Matthew Struble

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE COUNTY OF JEFFERSON, MISSOURI<br>℅ Ms. Beth Mahn, Collector<br>Jefferson County Administration Center<br>729 Maple Street<br>Hillsboro, MO 63050<br><br>                         Plaintiff,<br><br>v.<br><br>TYLER TECHNOLOGIES, INC.<br>Serve: Registered Agent<br>        Capital Corporate Services, Inc.<br>        222 E. Dunklin, Suite 102<br>        Jefferson City, MO 65101<br><br>                         Defendant. | §<br>§<br>§<br>§<br>§<br>§   Case No. 09-554<br>§<br>§<br>§   Jury Trial Demanded<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(a), Defendant Tyler Technologies, Inc. ("Defendant" or "Tyler") files this Notice of Removal of a state court action pending in the Circuit Court of the 23rd Judicial Circuit of Missouri at Hillsboro, Jefferson County, Missouri, Cause No. 09JE-0000375, Division 1. As grounds for removal Tyler states the following:

    1.    On March 25, 2009, Plaintiff filed a Petition for Breach of Contract in the Circuit Court of the 23rd Judicial Circuit of Missouri at Hillsboro, Jefferson County, Missouri, asserting claims of breach of contract (the "State Court Action").

    2.    Tyler received a file-stamped copy of the Petition on March 25, 2009. Defendant timely files this Notice of Removal within 30 days of receipt of the Petition as required by 28 U.S.C. § 1446(b).