13

RECEIVED
APR 21 2009
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| THE COUNTY OF JEFFERSON, MISSOURI | § § § | |
| Plaintiff, | § § § | |
| v. | § § § | Cause No. 4:09-cv-000554 |
| TYLER TECHNOLOGIES, INC. | § § § | |
| Defendant. | § § | |

**VERIFIED MOTION FOR *PRO HAC VICE* ADMISSION OF ANDREW B. RUSSELL**

Pursuant to Rule 12.01(E) of the Local Rules for the Eastern District of Missouri, Andrew B. Russell ("Movant" or "Russell") moves the Court for authorization to appear *pro hac vice* as an attorney of record in the above-styled and captioned suit, and in support thereof states:

1. Mr. Russell is associate at the law firm of K&L Gates, LLP, 1717 Main Street, Suite 2800, Dallas, Texas, phone number (214) 939-5500, fax number (214) 939-5849, electronic address Andrew.Russell@klgates.com.

2. K&L Gates, LLP has been retained by Defendant in the instant matter.

3. Mr. Russell is a graduate of Baylor University School of Law class of 2002.

4. Mr. Russell is an active member in good standing with the State Bar of Texas (Bar No. 24034661) and was admitted to practice on May 3, 2002. A Certificate of Good Standing has been attached hereto as "Exhibit A." Mr. Russell has also been admitted to practice in the United States District Courts for the Northern, Southern, Eastern and Western Districts of Texas.

# 6982

5. Mr. Russell does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

6. Mr. Russell is associated in the above-referenced matter with Steven E. Garlock and Bryant Matthew Struble of Thompson Coburn LLP. Mr. Garlock is a practicing attorney and Member of the Missouri Bar and the Bar of the Eastern District of Missouri (Bar No. 3184). Mr. Struble is a practicing attorney and Member of the Missouri Bar and the Bar of the Eastern District of Missouri (Bar No. 498813). Mr. Garlock and Mr. Struble maintain their primary offices at Thompson Coburn, One US Bank Plaza, St. Louis, Missouri 63101, phone number (314) 552 -6000, fax number (314) 552 -7000, electronic addresses sgarlock@thompsoncoburn.com and mstruble@thompsoncoburn.com.

7. Movant, Andrew B. Russell, attests under penalty of perjury the truth and accuracy of the foregoing facts in support of the Verified Motion for *Pro Hac Vice* Admission.

**WHEREFORE,** Movant respectfully requests that this Court grant the foregoing Verified Motion for *Pro Hac Vice* Admission of Andrew B. Russell and further permit Mr. Russell to appear before this Court until the conclusion of this case.

Respectfully Submitted,

*/s/ Andrew B. Russell*
Andrew B. Russell
Texas State Bar No. 24034661
**K&L Gates LLP**
1717 Main Street
Suite 2800
Dallas, Texas 75201
(214) 939-5550 (Tel)
(214) 939-5849 (Fax)
andrew.russell@klgates.com

MOTION FOR *PRO HAC VICE* ADMISSION
OF ANDREW B. RUSSELL                - 2 -

Steven E. Garlock  
E.D. Missouri Bar No. 3184  
B. Matthew Struble  
E.D. Missouri Bar No. 498813  
Thompson Coburn LLP  
One U.S. Bank Plaza  
St. Louis, MO 63101  
P: (314) 552-6000  
F: (314) 552-7000  
sgarlock@thompsoncoburn.com  
mstruble@thompsoncoburn.com  

**ATTORNEY FOR DEFENDANT**  
**TYLER TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 21st day of April, 2009, a true and correct copy of the foregoing document was served upon the following counsel of record via United States mail:

Dana Hockensmith  
Hockensmith Tatlow McKinnis Hammill, P.C.  
12801 Flushing Meadow Drive  
Saint Louis, Missouri 63131  
(314) 956-6653 (Fax)  
Hockensmith@htmhlaw.com

*/s/ B. Matthew Struble*  
B. Matthew Struble

# STATE BAR OF TEXAS



Office of The Chief Disciplinary Counsel

April 07, 2009

RE:   **Mr. Andrew Brown Russell**
      State Bar Number - **24034661**

To Whom it May Concern:

This is to certify that Mr. Andrew Brown Russell was licensed to practice law in Texas on May 03, 2002 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Linda A. Acevedo
Chief Disciplinary Counsel

LA/dh



P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222