RECEIVED

APR 21 2009

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| THE COUNTY OF JEFFERSON, MISSOURI | § § § | |
| Plaintiff, | § § § | |
| | § | Cause No. 4:09-cv-000554 |
| v. | § § | |
| TYLER TECHNOLOGIES, INC. | § § | |
| Defendant. | § § | |

**VERIFIED MOTION FOR *PRO HAC VICE* ADMISSION OF COURTNEY
BARKSDALE PEREZ**

Pursuant to Rule 12.01(E) of the Local Rules for the Eastern District of Missouri,

Courtney Barksdale Perez ("Movant" or "Perez") moves the Court for authorization to appear

*pro hac vice* as an attorney of record in the above-styled and captioned suit, and in support

thereof states:

1.      Ms. Perez is associate at the law firm of K&L Gates, LLP, 1717 Main Street,

Suite 2800, Dallas, Texas, phone number (214) 939-5500, fax number (214) 939-5849,

electronic address Courtney.Perez@klgates.com.

2.      K&L Gates, LLP has been retained by Defendant in the instant matter.

3.      Ms. Perez is a graduate of The University of Texas School of Law class of 2007.

4.      Ms. Perez is an active member in good standing with the State Bar of Texas (Bar

No. 24061135) and was admitted to practice on December 6, 2007.  A Certificate of Good

Standing has been attached hereto as "Exhibit A."  Ms. Perez has also been admitted to practice

in the United States District Court for the Northern Districts of Texas.



5.      Ms. Perez does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

6.      Ms. Perez is associated in the above-referenced matter with Steven E. Garlock and Bryant Matthew Struble of Thompson Coburn LLP.  Mr. Garlock is a practicing attorney and Member of the Missouri Bar and the Bar of the Eastern District of Missouri (Bar No. 3184). Mr. Struble is a practicing attorney and Member of the Missouri Bar and the Bar of the Eastern District of Missouri (Bar No. 498813).  Mr. Garlock and Mr. Struble maintain their primary offices at Thompson Coburn LLP, One US Bank Plaza, St. Louis, Missouri 63101, phone number (314) 552 -6000, fax number (314) 552 -7000, electronic addresses sgarlock@thompsoncoburn.com, and mstruble@thompsoncoburn.com.

7.      Movant, Courtney Barksdale Perez, attests under penalty of perjury the truth and accuracy of the foregoing facts in support of the Verified Motion for *Pro Hac Vice* Admission.

**WHEREFORE,** Movant respectfully requests that this Court grant the foregoing Verified Motion for *Pro Hac Vice* Admission of Courtney Barksdale Perez and further permit Ms. Perez to appear before this Court until the conclusion of this case.

Respectfully Submitted,

Courtney Barksdale Perez
Texas State Bar No. 24061135
**K&L Gates LLP**
1717 Main Street
Suite 2800
Dallas, Texas 75201
(214) 939-5550 (Tel)
(214) 939-5849 (Fax)
Courtney.Perez@klgates.com

**MOTION FOR *PRO HAC VICE* ADMISSION**
**OF COURTNEY BARKSDALE PEREZ**          - 2 -

Steven E. Garlock
E.D. Missouri Bar No. 3184
B. Matthew Struble
E.D. Missouri Bar No. 498813
Thompson Coburn LLP
One U.S. Bank Plaza
St. Louis, MO 63101
P: (314) 552-6000
F: (314) 552-7000
sgarlock@thompsoncoburn.com
mstruble@thompsoncoburn.com

**ATTORNEY FOR DEFENDANT
TYLER TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 21st day of April, 2009, a true and correct copy of the foregoing document was served upon the following counsel of record via United States mail:

Dana Hockensmith
Hockensmith Tatlow McKinnis Hammill, P.C.
12801 Flushing Meadow Drive
Saint Louis, Missouri 63131
(314) 956-6653 (Fax)
Hockensmith@htmhlaw.com

B. Matthew Struble

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

March 26, 2009

RE:     **Courtney Barksdale Perez**
        State Bar Number - **24061135**

To Whom it May Concern:

This is to certify that Courtney Barksdale Perez was licensed to practice law in Texas on December 06, 2007 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Linda A. Acevedo
Chief Disciplinary Counsel

LA/dh



P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222