RECEIVED

APR 21 2009

U. S. DISTRICT COURT
EASTERN DISTRICT COURT
ST. LOUIS OF MO

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| THE COUNTY OF JEFFERSON, MISSOURI | § § § | |
| Plaintiff, | § § § | |
| v. | § § § | Cause No. 4:09-cv-000554 |
| TYLER TECHNOLOGIES, INC. | § § § | |
| Defendant. | § | |

### VERIFIED MOTION FOR *PRO HAC VICE* ADMISSION OF CRAIG W. BUDNER

Pursuant to Rule 12.01(E) of the Local Rules for the Eastern District of Missouri, Craig W. Budner ("Movant" or "Budner") moves the Court for authorization to appear *pro hac vice* as an attorney of record in the above-styled and captioned suit, and in support thereof states:

1.    Mr. Budner is partner at the law firm of K&L Gates, LLP, 1717 Main Street, Suite 2800, Dallas, Texas, phone number (214) 939-5500, fax number (214) 939-5849, electronic address Craig.Budner@klgates.com.

2.    K&L Gates, LLP has been retained by Defendant in the instant matter.

3.    Mr. Budner is a graduate of The University of Texas School of Law class of 1990.

4.    Mr. Budner is an active member in good standing with the State Bar of Texas (Bar No. 03313730) and was admitted to practice on November 2, 1990. A Certificate of Good Standing has been attached hereto as "Exhibit A." Mr. Budner has also been admitted to practice in the United States District Courts for the Northern, Southern, Eastern and Western Districts of Texas.

# 6984

5.     Mr. Budner does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

6.     Mr. Budner is associated in the above-referenced matter with Steven E. Garlock and Bryant Matthew Struble of Thompson Coburn LLP.  Mr. Garlock is a practicing attorney and Member of the Missouri Bar and the Bar of the Eastern District of Missouri (Bar No. 3184). Mr. Struble is a practicing attorney and Member of the Missouri Bar and the Bar of the Eastern District of Missouri (Bar No. 498813).  Mr. Garlock and Mr. Struble maintain their primary offices at Thompson Coburn, One US Bank Plaza, St. Louis, Missouri 63101, phone number (314)     552     -6000,     fax     number     (314)     552     -7000,     electronic     addresses sgarlock@thompsoncoburn.com and mstruble@thompsoncoburn.com.

7.     Movant, Craig W. Budner, attests under penalty of perjury the truth and accuracy of the foregoing facts in support of the Verified Motion for *Pro Hac Vice* Admission.

**WHEREFORE,** Movant respectfully requests that this Court grant the foregoing Verified Motion for *Pro Hac Vice* Admission of Craig W. Budner and further permit Mr. Budner to appear before this Court until the conclusion of this case.

Respectfully Submitted,

Craig B. Budner
Texas State Bar No. 03313730
**K&L Gates LLP**
1717 Main Street
Suite 2800
Dallas, Texas 75201
(214) 939-5550 (Tel)
(214) 939-5849 (Fax)
craig.budner@klgates.com

**MOTION FOR *PRO HAC VICE* ADMISSION
OF CRAIG W. BUDNER**                    - 2 -

Steven E. Garlock
E.D. Missouri Bar No. 3184
B. Matthew Struble
E.D. Missouri Bar No. 498813
Thompson Coburn LLP
One U.S. Bank Plaza
St. Louis, MO 63101
P: (314) 552-6000
F: (314) 552-7000
sgarlock@thompsoncoburn.com
mstruble@thompsoncoburn.com

**ATTORNEY FOR DEFENDANT
TYLER TECHNOLOGIES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 21st day of April, 2009, a true and correct copy of the foregoing document was served upon the following counsel of record via United States mail:

Dana Hockensmith
Hockensmith Tatlow McKinnis Hammill, P.C.
12801 Flushing Meadow Drive
Saint Louis, Missouri 63131
(314) 956-6653 (Fax)
Hockensmith@htmhlaw.com

B. Matthew Struble

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

April 07, 2009

RE:   **Mr. Craig W. Budner**
      State Bar Number - **03313730**

To Whom it May Concern:

This is to certify that Mr. Craig W. Budner was licensed to practice law in Texas on November 02, 1990 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Linda A. Acevedo
Chief Disciplinary Counsel

LA/dh



**P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222**