# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE COUNTY OF JEFFERSON, MISSOURI | § § § § § § § § § § § § |
| Plaintiff, | |
| v. | Case No. 09-554SNLJ |
| TYLER TECHNOLOGIES, INC | |
| Defendant. | |

## AFFIDAVIT FOR AWARD OF ATTORNEY'S FEES

Dana Hockensmith, attorney for Plaintiff, first being duly sworn upon his oath states as follows:

1. He has been retained and employed by Plaintiff, the County of Jefferson, Missouri in this cause.

2. He has personally performed all of the work necessary to prepare the Motion to Remand to State Court and for Award of Attorney's Fees and Expenses filed in the cause, and he has personally prepared the Memorandum in Support of the Motion to Remand filed herewith.

3. In preparing the Motion to Remand and the Memorandum in Support of the Motion to Remand, it was necessary for affiant to research the requirements of 28 U.S.C. §1447; to research the issue of enforcement of forum selection clauses and waivers of the right to remove; to research the burden of proof applicable to the Motion to Remand; and, to research the rights of Plaintiffs to an award of attorney's fees on remand. He personally performed all such research.

4. In performing the work necessary to prepare the Motion to Remand and the Memorandum in Support thereof, he worked diligently in an effort to keep to a minimum the time expended in this matter.

5. All of the time expended and the charges resulting therefrom are, in his professional opinion, reasonable and necessary to properly represent Plaintiff in preparing the Motion to Remand and the Memorandum in Support thereof.

6. In light of the amount involved in this matter, $1,307, 999.85, the time expended in preparing this Motion to Remand and the Memorandum in Support is fair and reasonable.

7. Affiant's fee charged to Plaintiff is $200.00 per hour. Such amount is fair and reasonable for similar services prevailing in the legal community for comparable skill, experience and reputation of the attorney performing these services.

8. The Affiant has 34 years of experience in commercial litigation involving contract matters.

9. Affiant has previously represented Plaintiff in the matter of the <u>County of Jefferson, Missouri v. Isle of Capri Casinos, Inc.</u> resulting in a settlement of $14, 350,000.00. He also represented multiple plaintiffs in an arbitration involving Isle of Capri Casinos, Inc. resulting in an arbitration award of $4,700,000.00. In addition to these two specific matters of commercial litigation involving contracts, Affiant has been involved in the litigation of hundreds of contract matters.

10. Affiant is rated AV by the Martindale/Hubbell rating system.

11. The time and attorney's fees associated with Affiant's preparation of the Motion to Remand and the Memorandum of Support thereof are as follows:

| Date | Hours | Description |
|---|---|---|
| 4-12-09 | 1.4 | Research attorney fees for remand – factors. |
| 4-13-09 | 2.7 | Read Motion of Removal; research 28 U.S.C. 1447(c). |
| 4-14-09 | 0.3 | Research Local Rule 7-4.01 and 78-4.02 for Motion to Remand. |
| 4-14-09 | 2.7 | Research waiver of right to remove and enforceability. |
| 4-22-09 | 1.5 | Research award of attorney's fees on remand. |
| 4-22-09 | 0.5 | Draft Motion for Remand. |
| 4-22-09 | 1.0 | Research burden of proof on Motion for Remand. |
| 4-22-09 | 0.2 | Correspondence to attorneys re: Remand. |
| 4-22-09 | 2.0 | Draft Memorandum in Support of Motion for Remand. |
| 4-23-09 | 2.0 | Draft Memorandum in Support of Motion for Remand. |
| 4-23-09 | 0.5 | Draft affidavit for attorney's fees. |
| 4-23-09 | 0.3 | Revise Motion to Remand. |
| 4-23-09 | 0.8 | Meet with Scott to review arguments. |
| 4-27-09 | 1.5 | Revise and finalize Memorandum in Support of Motion for Remand. |
| 4-27-09 | 0.5 | Revise and finalize Affidavit for attorney's fee. |
| 4-27-09 | 0.5 | Draft email and cover letter to Defendant's attorneys. |
| TOTAL | 18.4 x $200.00 per hour | |

$3,680.00 Total Fees Requested

12. The attorney's fees listed in Paragraph 11 will be paid by the County of Jefferson, Missouri from tax revenues of the residents of Jefferson County, Missouri.

13. Defendant's attorneys acknowledged to Affiant that they are aware of the provisions of Article 13 of Agreement. Affiant confirmed their knowledge by letter dated April 23, 2009, a copy attached hereto and incorporated herein as Exhibit A to this Affidavit.

Respectfully Submitted,

Dana Hockensmith
E.D. Missouri Bar No. 24925
Hockensmith Tatlow McKinnis Hamill, P.C.
12801 Flushing Meadow Drive
St. Louis, Missouri 65131
P: (314) 965-2255
F. (314-965-6653
hockensmith@htmhlaw.com

ATTORNEYS FOR PLAINTIFF

COUNTY OF JEFFERSON    )
                       )
ss.                    )
                       )
STATE OF MISSOURI      )

I, Gail Murchison, the undersigned Notary hereby certifies that Dana Hockensmith, personally appeared before me and signed the aforesaid Affidavit for Award of Attorney's Fees on this 27th day of April, 2009.

My commission expires:

Gail Murchison
Notary Public Notary Seal
State of Missouri County of Jefferson
My Commission Expires 02/20/2011
Commission #07440308

CERTIFICATE OF SERVICE

I hereby certify that on this the 27th day of April, a true and correct copy of the foregoing document was served upon the following counsel of record via electronic means and U.S. mail in accordance with the Federal Rules of Civil Procedure.

4

Steven E. Garlock
B. Matthew Struble
Thompson Coburn LLP
One U.S. Bank Plaza
St. Louis, Missouri 63101
(314) 552-7000
sgarlock@thompsoncoburn.com
**ATTORNEYS FOR DEFENDANT**

Craig w. Budner
Andrew B. Russell
Courtney Barksdale Perez
K&L Gates LLP
1717 Main Street
Suite 2800
Dallas, Texas 75201

_____
Dana Hockensmith

5