# HOCKENSMITH TATLOW MCKINNIS HAMILL, P.C.

Dana Hockensmith
*Phillip A. Tatlow
Scott M. McKinnis
*Paul C. Hamill
*Jeffrey S. Damerall

ATTORNEYS AT LAW
12801 FLUSHING MEADOW DRIVE
ST. LOUIS, MISSOURI 63131
(314) 965-2255
FAX (314) 965-6653
www.htmhlaw.com

Paralegal:
Christine M. Roche

* Also licensed in Illinois

E-Mail: hockensmith@htmhlaw.com

April 23, 2009

Craig W. Budner
Andrew B. Russell
K&L Gates LLP
1717 Main Street, Ste. 2800
Dallas, Texas 75201

RE: **The County of Jefferson, Missouri v. Tyler Technologies, Inc.**

Gentlemen:

This letter is to confirm my telephone conversation with you on April 17, 2009. At that time we discussed Tyler's Offer of Judgment. At the end of that conversation, I asked that you voluntarily consent to remand the case from the United States District Court, Eastern District of Missouri, back to the Jefferson County Circuit Court. I asked if you were aware of Article 13, CONSENT TO JURISDICTION, VENUE AND SERVICE contained in the contract. You stated that you were aware of that provision. I told you that provision specifically stated that the case could not be removed to the federal court. I stated that provision clearly and unambiguously requires the case be remanded. You stated that you disagreed with that conclusion. I told you I would file my motion for remand, and I also told you that I would be asking for an award of attorney's fees for the remand as provided by the remand statute.

It is the County of Jefferson's position that this contractual provision requires remand to the Circuit Court of Jefferson County. It is further the County's position that there was no reasonable basis for removal to the federal court in the first place, and there is no reasonable basis to refuse to remand the case to the Circuit Court.

Sincerely,

Dana Hockensmith

DAH/mgm


PLAINTIFF'S EXHIBIT A