# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE COUNTY OF JEFFERSON, MISSOURI<br>% Ms. Beth Man, Collector<br>Jefferson County Administration Center<br>729 Maple Street<br>Hillsboro, MO  63050<br><br>　　　　Plaintiff,<br><br>v.<br><br>TYLER TECHNOLOGIES, INC<br><br>　　　　Defendant. | Case No. 4:09-CV-554-SNLJ<br><br>Jury Trial Demanded |

## SUPPLEMENT AFFIDAVIT FOR AWARD OF ATTORNEY'S FEES

Dana Hockensmith, attorney for Plaintiff, first being duly sworn upon his oath states as follows:

1. That he incorporates herein by reference his "Affidavit for Award of Attorney's Fees" dated April 27, 2009 and previously filed with this Court.

2. All of the provisions of Paragraphs 1-10, and Paragraphs 12 and 13 of such Affidavit are specifically restated in this Supplement Affidavit as applicable to the time expended set forth in Paragraph 3 of this Affidavit.

3. The time and attorney's fees associated with Affiant's preparation of Plaintiff's Reply Memorandum in Support of its Motion for Remand are as follows:

| | |
|---|---|
| 05-05-09 – 2.8 | Read Response; prepare Reply |
| 05-06-09 – 1.4 | Draft Reply Memo and Affidavit |
| 05-06-09 – <u>1.0</u> | Revise and finalize Reply Memo and Affidavit |
| 5.2 | Hours x $200.00 per hour |

1

| | |
|---|---|
| $1,040.00 | For Reply Memorandum |
| $3,680.00 | Fees for Motion to Remand |
| $4,720.00 | Total fees requested on Motion for Remand |

Respectfully Submitted,

_____
Dana Hockensmith
E.D. Missouri Bar No. 24925
Hockensmith Tatlow McKinnis Hamill, P.C.
12801 Flushing Meadow Drive
St. Louis, Missouri 65131
P: (314) 965-2255
F. (314-965-6653
hockensmith@htmhlaw.com

ATTORNEYS FOR PLAINTIFF

COUNTY OF JEFFERSON )
                    )
ss.                 )
                    )
STATE OF MISSOURI   )

I, Gail Murchison, the undersigned Notary hereby certifies that Dana Hockensmith, first being duly sworn upon his oath, personally appeared before me and signed the aforesaid Affidavit for Award of Attorney's Fees on this 7th day of May, 2009.

My commission expires:

```
Gail Murchison
Notary Public Notary Seal
State of Missouri County of Jefferson
My Commission Expires 02/20/2011
Commission #07440308
```

Gail Murchison

2

CERTIFICATE OF SERVICE

I hereby certify that on this the 11th day of May, a true and correct copy of the foregoing document was served upon the following counsel of record via electronic means and U.S. mail in accordance with the Federal Rules of Civil Procedure.


Steven E. Garlock
B. Matthew Struble
Thompson Coburn LLP
One U.S. Bank Plaza
St. Louis, Missouri  63101
(314) 552-7000
sgarlock@thompsoncoburn.com
**ATTORNEYS FOR DEFENDANT**

Craig w. Budner
Andrew B. Russell
Courtney Barksdale Perez
K&L Gates LLP
1717 Main Street
Suite 2800
Dallas, Texas  75201

/s/   Dana   Hockensmith

Dana Hockensmith