IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE COUNTY OF JEFFERSON, MISSOURI<br>℅ Ms. Beth Mahn, Collector<br>Jefferson County Administration Center<br>729 Maple Street<br>Hillsboro, MO 63050<br><br>           Plaintiff,<br><br>v.<br><br>TYLER TECHNOLOGIES, INC.<br>Serve: Registered Agent<br>      Capital Corporate Services, Inc.<br>      222 E. Dunklin, Suite 102<br>      Jefferson City, MO 65101<br><br>           Defendant. | Case No. 4:09-CV-554-SNLJ<br><br>Jury Trial Demanded |

## AFFIDAVIT OF JOHN R. BAKER

STATE OF OHIO.

BEFORE ME, the undersigned notary public, on this day personally appeared JOHN R. BAKER who, after first being duly sworn by me, deposed and stated the following:

1. "My name is John R. Baker. I am more than twenty-one (21) years of age, of sound mind, and capable of making this Affidavit. I have personal knowledge of the matters set forth herein.

2. I am an authorized representative of Tyler Technologies, Inc., CLT Division ("Tyler"). I am fully authorized to execute this affidavit with respect to the litigation against the County of Jefferson, Missouri (the "County" or "Plaintiff").

3.  In 2005, Tyler learned that the County was seeking proposals for a new computerized Property Tax System. On or about July 2005, Troy Fryman, Karen Hamlett and I began drafting a proposal to provide property tax software and support for the County (the "Proposal").

4.  On or about August 9, 2005, Tyler submitted the Proposal to the County.

5.  On or about October 2005 the County accepted Tyler's Proposal.

6.  In January 2006, Tyler presented the County a form implementation services agreement, "Agreement for Software and Professional Services Between Tyler Technologies, Inc./CLT Division and Jefferson County, Missouri" (the "Agreement"). Article 13 of the Agreement, "Consent to Jurisdiction, Venue and Service" ("Article 13"), is a standard provision that was drafted by Tyler and has been included in each of the CLT Division's contracts since 2005. Throughout January 2006, the parties negotiated various terms that were to be included in the Agreement. Article 13 was not specifically negotiated by the parties. Neither Tyler nor the County negotiated or bargained for any of the language included in Article 13. The Agreement was executed on January 31, 2006.

**FURTHER, AFFIANT SAYETH NOT."**

_____
John R. Baker

SUBSCRIBED AND SWORN to before me this __12__ day of May, 2009.

_____
Notary Public in and for the
State of Ohio

My Commission Expires: _____

KARRIE R. SEARS, Notary Public
In and for the State of Ohio
My Commission Expires Nov. 30, 2013

- 2 -